UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWN SHERMAN,

                Plaintiff,

v.

                                                CASE NO: 8:16-CV-787-SCB-JSS

MEDICREDIT, INC.

                Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the Parties herein, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal with Prejudice as to the Complaint filed by Shawn Sherman against Medicredit, Inc., with each party to bear their own costs and attorneys' fees.

DATED this 6th day of September, 2016.

| | |
|---|---|
| *s/ James S. Giardina* | *s/ William J. Cantrell* |
| James S. Giardina | William J. Cantrell |
| Florida Bar No. 0942421 | Florida Bar No. 0103254 |
| The Consumer Rights Law Group, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 3104 W. Waters Ave., Suite 200 | 100 N Tampa St., Ste 3600 |
| Tampa, FL 33614 | Tampa, FL 33602 |
| Telephone: (813) 435-5055 | Telephone: (813) 289-1247 |
| Fax: (866)535-7199 | Fax: (813) 289-6530 |
| james@consumerrightslawgroup.com | William.cantrell@ogletreedeakins.com |
| service@consumerrightslawgroup.com | Tam-docketing@ogletreedeakins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |